

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00232-CV

**IN THE INTEREST OF A.N.S.**, A.S. and J.T., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01466
Honorable Lisa Jarrett, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Beth Watkins, Justice

Delivered and Filed: August 23, 2023

DISMISSED

This is an appeal of the trial court's order terminating Appellant J.T.'s parental rights. By order dated July 24, 2023, this appeal was abated to the trial court for an abandonment hearing because Appellant's counsel failed to file an appellant's brief. The trial court was instructed to determine whether Appellant desired to prosecute his appeal and whether appointed counsel had abandoned the appeal.

On August 7, 2023, the trial court conducted a hearing. Appellant's counsel communicated to the trial court that Appellant no longer desires to prosecute his appeal.

The appeal is reinstated on the docket of this court. Based on the trial court's order finding Appellant no longer desires to prosecute his appeal, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM